JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HEIDI SAPP-DAVIS, AKA HEIDI SAPP, AKA HEIDI DAVIS,<br><br>Defendant, | No. 2:13cv9572<br><br>COMPLAINT ON PROMISSORY NOTE<br><br>(DEPARTMENT OF EDUCATION) |

For its claim, the plaintiff alleges as follows:

This court has jurisdiction under Title 20 U.S.C. §1080. The defendant resides in the County of Los Angeles. This claim arose in connection with a Government insured or guaranteed student loan made by a private lender and assigned to the United States.

Defendant is indebted to plaintiff on unpaid promissory notes, signed by defendant in the principal amount of $702.68, plus interest accrued to December 30, 2013, in the sum of $1,200.45, with interest accruing thereafter at 9% per year; plus administrative charges of $0.00, and attorney's fees, and costs.

Defendant is in default under the terms of said notes and despite repeated demands upon him to pay, a balance is still owed.

WHEREFORE, plaintiff prays for judgment against defendant in the principal amount of $702.68, plus interest accrued to December 30, 2013, in the sum of $1,200.45, with interest accruing thereafter at 9% per year; plus $0.00 for administrative charges, and attorney's fees, and costs.

DATED: December 31, 2013

_____
JACQUELYNE M. NGUYEN
ATTORNEY FOR THE PLAINTIFF