JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       vs.<br><br>HEIDI SAPP-DAVIS, AKA HEIDI SAPP, AKA HEIDI DAVIS,<br><br>             Defendant | No. 2:13cv 9572<br><br>CONSENT JUDGMENT |

   Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Heidi Sapp-Davis, aka Heidi Sapp, aka Heidi Davis, in the principal amount of $702.68 plus interest accrued to December 30, 2013, in the sum of $1,200.45; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$1,903.13**.

DATED: January 7, 2014          By: TERRY NAFISI
                                    Clerk of the Court

                                    Deputy Clerk
                                    United States District Court